IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**RICHARD GUTIERREZ,**

       **Plaintiff,**

**v.**                                                                            Case No. 11-cv-0185 ACT/WDS

**GENERAL MILLS, INC.,**

       **Defendant.**

## ORDER TO FILE CLOSING DOCUMENTS

The parties reached a settlement in this matter in a conference held before the Court on February 13, 2012.

**IT IS THEREFORE ORDERED** that closing documents be filed no later than **Thursday, March 15, 2012**, absent a request for an extension and a showing of good cause.

**IT IS SO ORDERED.**

_____
Stephan M. Vidmar
United States Magistrate Judge